# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AGFA CORPORATION, | ) | 02CV2400 |
| | ) | Case No. ~~02-C-50084~~ |
| Plaintiff, | ) | |
| | ) | The Honorable Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| WAGNER PRINTING CO. d/b/a | ) | **FILED** |
| INFOCOMM, | ) | |
| | ) | MAY - 3 2002 |
| Defendant. | ) | |
| | ) | MICHAEL W. DOBBINS |
| | | CLERK, U.S. DISTRICT COURT |

DOCKETED MAY 23 2002

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on the day of 16th day of May, 2002, at 9:30 a.m or as soon thereafter as counsel may be heard, I shall appear before the Judge Kennelly, in Courtroom 1719, U.S. District Court, Northern District of Illinois, Chicago and then and there present **Agfa Corporation's Motion to Dismiss Wagner Printing Co.'s Counterclaim Pursuant to Rule 12(b)(6)**, a copy of which is attached herewith and served upon you.

AGFA CORPORATION

By: _____
One of Its Attorneys

Vincent T. Borst, Esq.
Jennifer L. Jerzy, Esq.
Askounis & Borst, P.C.
Attorneys for Plaintiff
303 East Wacker Drive, Ste. 1000
Chicago, IL 60601
(312) 861-7100
ARDC #06192904

U:\AKeefner\Agfa\Wagner Printing\Pleading\NOM 5-3-02..2060.8208.wpd

STATE OF ILLINOIS )
)SS
COUNTY OF COOK )

## AFFIDAVIT OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing, **Agfa Corporation's Motion to Dismiss Wagner Printing Co.'s Counterclaim Pursuant to Rule 12(b)(6)** to be served upon defendant/counsel at the address set forth below:

SEE ATTACHED SERVICE LIST

by depositing same in the U.S. Mail at 303 East Wacker Drive, Suite 1000, Chicago, Illinois 60601, with proper postage prepaid on this 3rd day of May, 2002

By: _____
ASHLEY KEEFNER

SUBSCRIBED AND SWORN to before

me this 3rd day of May, 2002.

_____
Notary Public

U:\AKeefner\Agfa\Wagner Printing\Pleading\NOM 5-3-02..2060.8208.wpd

## SERVICE LIST

Lenard S. Shifflet
Charles & Brady LLC
500 West Madison Street
Suite 3700
Chicago, Illinois 60661

Joseph H. Kim
Charles & Brady LLC
500 West Madison Street
Suite 3700
Chicago, Illinois 60661

Attorney General
Attn: Gil Fergus
100 West Randolph Street
Chicago, Illinois 60601

# See Case File for Exhibits